**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Mortgage Grader, Inc.   v.   Costco Wholesale Corp., et al.

No. 15-1415

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Mortgage Grader, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Craig R. Kaufman
- Law firm: TechKnowledge Law Group, LLP
- Address: 100 Marine Parkway, Suite 200
- City, State and ZIP: Redwood Shores, CA 94065
- Telephone: (650) 517-5200
- Fax #: (650) 226-3133
- E-mail address: ckaufman@tklg-llp.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/26/1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/23/2015                         /s/ Craig R. Kaufman
Date                              Signature of pro se or counsel

cc: _____

# CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2015, I served a copy of this ENTRY OF APPEARANCE FOR CRAIG R. KAUFMAN on all counsel of record using the Court's CM/ECF filing system, which constitutes service pursuant to Fed. R. App. P. 25 and this Court's Administrative Order Regarding Electronic Case Filing.

*/s/ Craig Kaufman*
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA 94065
Telephone: (650) 517-5225

*Attorney for Appellant*