NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**MORTGAGE GRADER, INC.,**
*Plaintiff-Appellant*

v.

**FIRST CHOICE LOAN SERVICES INC., NYLX, INC.,**
*Defendants-Appellees*

───────────────

2015-1415

───────────────

Appeal from the United States District Court for the Central District of California in No. 8:13-cv-00043-AG-AN, Judge Andrew J. Guildford.

-------------------------------------------------

**MORTGAGE GRADER, INC.,**
*Plaintiff-Appellee*

v.

**FIRST CHOICE LOAN SERVICES INC., NYLX, INC.,**
*Defendants-Appellants*

───────────────

2015-1490

───────────────

2   MORTGAGE GRADER, INC. v. FIRST CHOICE LOAN SERVICES

Appeal from the United States District Court for the Central District of California in No. 8:13-cv-00043-AG-AN, Judge Andrew J. Guildford.

———————

**ON MOTION**

———————

**O R D E R**

First Choice Loan Services, Inc. and NYLX, Inc. move without opposition to voluntarily dismiss their cross-appeal, No. 2015-1490.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 2015-1490 is dismissed.

(2) The revised official caption in Appeal No. 2015-1415 is reflected above.

(2) Each side shall bear its own costs in Appeal No. 2015-1490.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE (as to 2015-1490 only):
April 13, 2015